PATRICK NOLAN, Respondent, *v.* THE FERRIS PAVING BRICK COMPANY, Appellant.

*Nolon* v. *Ferris Paving Brick Co.*, 138 App. Div. 931, affirmed.
(Argued November 29, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Edward M. Angell, George R. Salisbury* and *Franklin A. Rowe* for appellant.

*Timothy I. Dillon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ.